**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MAYRA LORENA ALVARADO-CASTILLO, | No. 11-73017 |
| Petitioner, | Agency No. A094-917-054 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 13, 2012 [**]

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

Mayra Lorena Alvarado-Castillo, a native and citizen of El Salvador,

petitions pro se for review of the Board of Immigration Appeals' ("BIA") order

denying her motion to reconsider the underlying denial of her applications for

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

asylum, withholding of removal, and relief under the Convention Against Torture.

We have jurisdiction under 8 U.S.C. § 1252, and we deny the petition for review.

Alvarado-Castillo contends that the BIA did not properly consider the persecution she suffered in the past, and fears in the future, in El Salvador. The BIA did not abuse its discretion in denying Alvarado-Castillo's motion to reconsider because the motion failed to identify any error of fact or law in the BIA's prior decision upholding the denial of petitioner's applications for relief. *See* 8 C.F.R. § 1003.2(b)(1).

**PETITION FOR REVIEW DENIED.**